UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| MICHAEL J. UCCIARDI, ) | |
| ) | |
| Plaintiff(s), ) | Case No. 2:13-cv-02320-GMN-NJK |
| ) | |
| vs. ) | ORDER |
| ) | |
| FINDLAY CUSTOMS LLC, et al., ) | |
| ) | |
| Defendant(s). ) | |
| ) | |

This matter is before the court on the parties' Proposed Discovery Plan and Scheduling Order, Docket No. 9. The proposed discovery plan misstates Local Rule 26-4, in that it provides that requests to extend any deadlines in the scheduling order need only be filed 21 days before the discovery cut-off *See id.* at 3. Local Rule 26-4 requires that any request to extend deadlines set forth in the scheduling order must be submitted at least 21 days <u>before the subject deadline</u>. For example, any request to extend the deadline for initial expert disclosures must be filed at least 21 days before the expiration of <u>that deadline</u>. Such a request filed only 21 days before the discovery cut-off would be untimely.

In an effort to ensure future compliance and complete understanding of the Local Rules, the Court hereby ORDERS each attorney of record in this matter[1] to file a certification with the Court

---

[1] This includes: Andrew Rempfer, David Langhaim, and James Tucker.

no later than February 18, 2014, indicating that they have read and comprehend Local Rules 26-4 and 26-1.

IT IS SO ORDERED.

DATED: February 11, 2014.

_____
NANCY J. KOPPE
United States Magistrate Judge

2