UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| MICHAEL J. UCCIARDI,<br><br>                Plaintiff,<br><br>    v.<br><br>FINDLAY CUSTOMS, LLC,<br><br>                Defendant. | Case No.  2:13-cv-02320-GMN-NJK<br><br>ORDER |

Based on the scheduling needs of the court,

**IT IS ORDERED** that:

1. The ENE Conference currently scheduled for May 8, 2014, at 1:30 p.m. before the undersigned, is **VACATED** and **CONTINUED** to **May 13, 2014, 1:30 p.m.,** in the chambers of United States Magistrate Judge Leen, Room #3071, Lloyd D. George United States Courthouse, 333 Las Vegas Boulevard South, Las Vegas, Nevada.

2. The deadline for chambers to receive the confidential settlement conference statements, currently due May 1, 2014, is **VACATED** and **CONTINUED** to be received in chambers, Room 3071, not later than **4:00 p.m., May 6, 2014.**

Dated this 11th day of April, 2014.

_____
Peggy A. Leen
United States Magistrate Judge