Andrew L. Rempfer, Esq.
Nevada Bar No. 8628
**COGBURN LAW OFFICES**
2879 St. Rose Parkway, Suite 200
Henderson, Nevada 89052
(702) 384-3616; FAX (702) 943-1936
alr@cogburnlaw.com
*Attorneys for Plaintiff Michael J. Ucciardi*

James T. Tucker, Esq.
Nevada Bar No. 0012507
**WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP**
300 S. Fourth Street, 11th Floor
Las Vegas, Nevada 89101
(702) 727-1400; FAX (702) 727-1401
james.tucker@wilsonelser.com
*Attorney for Defendant Findlay Customs, LLC*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| MICHAEL J. UCCIARDI, an individual,<br><br>Plaintiff,<br><br>v.<br><br>FINDLAY CUSTOMS LLC, a domestic limited-liability company; and DOES I through X, inclusive; ROE CORPORATIONS I through X, inclusive,<br><br>Defendants. | CASE NO:   2:13-cv-02320-GMN-NJK<br><br>**STIPULATED NOTICE OF DISMISSAL WITH PREJUDICE** |

Pursuant to Federal Rule of Civil Procedure 41(a)(a)(A)(ii), Plaintiff Michael J. Ucciardi, by and through his undersigned counsel, Andrew L. Rempfer of the COGBURN LAW OFFICES, hereby files this Stipulated Notice of Dismissal with Prejudice of all claims he has against Defendant Findlay Customs, L.L.C. Defendant Findlay Customs, L.L.C., by and through its undersigned counsel, James T. Tucker of WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP, stipulates to the Notice of Dismissal with Prejudice. Each party is to bear its own costs and fees in connection with the litigation of this matter.

Pursuant to the Minute Entry at Docket 21, the Parties respectfully request that the Telephonic Status Conference scheduled for Tuesday, June 3, 2014 at 4:30 p.m., be vacated.

DATED this 2nd day of June, 2014

**COGBURN LAW OFFICES**

By: _____
Andrew L. Rempfer, Esq.
2879 St. Rose Parkway, Suite 200
Henderson, Nevada 89052
*Attorneys for Plaintiff Michael J. Ucciardi*

**WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP**

By: _____
James T. Tucker, Esq.
300 South 4th Street, 11th Floor
Las Vegas, Nevada 89101
*Attorneys for Plaintiff Michael J. Ucciardi*

## ORDER

**IT IS SO ORDERED** this 4th day of June, 2014.

_____
Gloria M. Navarro, Chief Judge
United States District Court